Rev. 10/2015 Prisoner Complaint

**FILED**

SEP 04 2024

PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC
BY_____ DEP CLK

## United States District Court

### FOR THE EASTERN DISTRICT OF NORTH CAROLINA
### WESTERN DIVISION

Case No. 5:24-CT-3211-BO

(To be filled out by Clerk's Office only)

Manning John Oliver

_____

*(In the space above enter the full name(s) of the plaintiff(s).)*

Inmate Number 79441-080

"VERIFIED"

## COMPLAINT

*(Pro Se* Prisoner)

-against-

Ruley, C. Correctional Officer

Toney, Z Lt. of Corrections

Jury Demand?
☒Yes
☐ No

_____

*(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Section IV. Do not include addresses here.)*

---

### NOTICE

Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

---

Page 1 of 10

Rev. 10/2015 Prisoner Complaint

## I.   COMPLAINT

*Indicate below the federal legal basis for your claim, if known. This form is designed primarily for pro se prisoners challenging the constitutionality of their conditions of confinement, claims which are often brought under 42 U.S.C. § 1983 (against state, county, or municipal defendants) or in a "Bivens" action (against federal defendants).*

☐   42 U.S.C. § 1983 (state, county, or municipal defendants)

☒   Action under *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971) (federal defendants)

☒   Action under Federal Tort Claims Act (federal defendants)

## II.   PLAINTIFF INFORMATION

Manning,John  Oliver
Name

79941-080
Prisoner ID #

Federal Correction Institute   "Butner # 1"
Place of Detention

Post Office Box 1000
Institutional Address

Butner,       North Carolina,                    27509
City                                   State              Zip Code

## III.   PRISONER STATUS

*Indicate whether you are a prisoner or other confined person as follows:*

☐   Pretrial detainee   ☐  State   ☒ Federal
☐   Civilly committed detainee
☐   Immigration detainee
☐   Convicted and sentenced state prisoner
☒   Convicted and sentenced federal prisoner

Rev. 10/2015 Prisoner Complaint

## IV.    DEFENDANT(S) INFORMATION

*Please list the following information for each defendant. If the correct information is not provided, it could result in the delay or prevention of service. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.*

Defendant 1:    Toney, Z LT. of Operations
Name

Lt. of Corrections
Current Job Title

U.S.P. McCreary, 330 Federal Hwy
Current Work Address

Pine Knot, Ky. 42635

| City | State | Zip Code |
|------|-------|----------|

Capacity in which being sued: ☒Individual ☐ Official ☐ Both

Defendant 2:    Ruley, C.  Senior Officer Specialist
Name

Correctional Officer
Current Job Title

U.S.P. McCreary,  330 Federal Hwy
Current Work Address

Pine Knot, Ky.  42635

| City | State | Zip Code |
|------|-------|----------|

Capacity in which being sued: ☒ Individual ☐ Official ☐ Both

Rev. 10/2015 Prisoner Complaint

## Defendant(s) Continued

Defendant 3:   UNITED STATES OF AMERICA
_____
Name

USP McCreary
_____
Current Job Title

P.O. Box 3000, Pine Knot, Ky. 42635
_____
Current Work Address

_____
City                          State                    Zip Code

Capacity in which being sued: ☐ Individual ☐ Official ☐ Both


Defendant 4:   _____

Name

_____
Current Job Title

_____
Current Work Address

_____
City                          State                    Zip Code

Capacity in which being sued: ☐ Individual ☐ Official ☐ Both

Rev. 10/2015 Prisoner Complaint

## V.    STATEMENT OF CLAIM

Place(s) of occurrence:  <u>United States Penitentiary  "McCreary"</u>

Date(s) of occurrence:     <u>3/18/2022 at 16:14 hrs</u>

State which of your federal constitutional or federal statutory rights have been violated:

<u>I was beaten unconscious by USP McCreary Staff, after a altercation with another</u>

<u>inmate.. My ribs and both shoulders were damaged and need repaired.</u>

*State here briefly the FACTS that support your case. Describe how each defendant was personally involved in the alleged wrongful actions, state whether you were physically injured as a result of those actions, and if so, state your injury and what medical attention was provided to you.*

FACTS:

<u>On 3-18-22, at 16:14 hrs at USP McCreary, after an altercation with Bruce,</u>

<u>Rash, # 50517-177. I was first pepper sprayed and placed in restraints. I was</u>

<u>escorted to the Green Door Corridor by Staff Ruley and an unnamed officer.</u>

| Who did what to you? |
|---|

<u>On the way to the Green Cord. Apprx. 150 yards, Officer Ruley kept trying to</u>

<u>Trip me, while the unnamed officer kept trying to push me to the ground to</u>

<u>intentionally trip me, while pushing down on my wrist restraints hard enough</u>

<u>to cut my wrists.   Once we were past the Green Door Cord. "Ruley" then stated</u>

<u>"Take HIM DOWN"  Whereupon the two staff members slammed me to the concrete.</u>

<u>The officers then piled on-top of me and proceeded to knee me in the ribs,</u>

<u>The bigger of the two "Ruley" after kneeing me in the ribs, climbed on top</u>

<u>of me and the other officer crossed my ankles and stood on them.  "Ruley"</u>

<u>Then placed his Knee on my shoulders and neck and just before I passed out</u>

<u>I realized that this was the same restraining hold that killed GEORGE FLOYD.</u>

<u>When I regained consciousness, I was restrained in a "STRYKER" chair and being</u>

<u>Placed on an examination table. I was in intense pain on the left side of my</u>

<u>Chest, and shoulder.  When Medical Staff asked to remove the cuffs to examine</u>

<u>Me, LT. TONEY stated "NEGITIVE, Manning was resisting."</u>

Page 5 of 10

Rev. 10/2015 Prisoner Complaint

**What happened to you?**

After medical "Stevens" examined me, I was placed in the SHU. A few hours later, Lt. Toney brought me an incident report 307. refusing to obey an order.

The next day, Unit Manager Chainey, came to U.D.C. me. I told him I I was not guilty of this charge and to please review the footage of the Cameras. from unit 4B to Medical from 1600hrs to 16:30 hrs FOR the proof. I also asked for a BP-8. when he came back to finish the UDC hearing, he left and never cam back.

On 3/19/2022. in the evening hours. Lt. Toney removed me from my cell and escorted me to strip-out cell. Removed my restraints and left for appx. 5 minutes. When he returned with two SHU officers. he then proceeded to enter the cage without placing me in restraints and stated "Are you trying to put paper on MY "Guy's". I denied that I was. He then stated **"If YOU DO you will never leave this SHU Alive."** I was then lead back to my cell.

**When did it happen to you?**

Two days later I was examined by medical. When asked what happened, I told medical staff what LT. Toney, told me to say because I **FEARED FOR MY LIFE.** I told them, that I fell and staff fell on top of me. **30 days later** I was transferred to Florence Colorado SHU, and senior staff told me that any paperwork I tried to file would not leave the institution. MEDICAL RECORDS WILL SHOW THAT I had broken ribs, and a torn rotator cuff on my left side, not to mention a concussion.

I still have **NIGHTMARES** of being KILLED by staff members of the FBOP. I also still fear for my life and trust in FBOP staff is nonexistent. I have sought medical consultation with psychology and I am waiting

**Where did it happen to you?**

MEDICAL to repair my damaged shoulders.

Rev. 10/2015 Prisoner Complain

**What was your injury?**

Rev. 10/2015 Prisoner Complaint

## VI.    ADMINISTRATIVE PROCEDURES

*WARNING: Prisoners must exhaust administrative procedures before filing an action in federal court about prison conditions. 42 U.S.C. § 1997e(a). Your case may be dismissed if you have not exhausted your administrative remedies.*

Have you filed a grievance concerning the facts relating to this complaint?    ☒ Yes    ☐ No

If no, explain why not:

I have filed and exhausted the administrative procedures, Copies

of my filings are included as exhibits.

Is the grievance process completed?                                  ☒ Yes    ☐ No

If no, explain why not:

See above

## VII.    RELIEF

*State briefly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.*

I am asking for $1,500,000.00 in damages.

Rev. 10/2015 Prisoner Complaint

## VIII. PRISONER'S LITIGATION HISTORY

*The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in forma pauperis in federal court if that prisoner has "on three or more occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. §1915(g).*

Have you brought any other lawsuits in state or federal court while a prisoner?　　　□ Yes　x☒ No

　　　　If yes, how many? _____

Number each different lawsuit below and include the following:

- Name of case (including defendants' names), court, and docket number
- Nature of claim made
- How did it end? (For example, if it was dismissed, appealed, or is still pending, explain below.)

N/A

Rev. 10/2015 Prisoner Complaint

## IX.  PLAINTIFF'S DECLARATION AND WARNING

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending or modifying existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

**I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.**

*Each Plaintiff must sign and date the complaint and provide prison identification number and prison address.*

8/29/2024
Dated

Plaintiff's Signature

John Oliver Manning
Printed Name

79441-080
Prison Identification #

FCI Butner # 1, Post Office Box 1000, Butner, N.C. 27509
Prison Address                City                State    Zip Code

## " VERIFICATION "

I, JOHN MANNING No. 79941-080, make this complaint upon my personal knowledge and declare that each statement is true and correct under the penalty of perjury pursuant to 28 USC 1746 by my signature and date below.

John Manning # 79941-o80

8-29-2024
Dated